# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW STEDMAN,** | ) | Case No. 1:05CV02051 |
| | ) | |
| Petitioner, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **PAT HURLEY, WARDEN,** | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the Report and Recommendation of Magistrate Judge Patricia A. Hemann (Docket No. 42) is **ADOPTED**, petitioner's motions for an evidentiary hearing (Docket No. 38) and to expand the record (Docket No. 39) are **DENIED**, and petitioner's Writ of *Habeas Corpus* (Docket No. 1) is **DENIED**.

This Court hereby certifies, pursuant to 28 U.S.C § 1915(a)(3), that an appeal from the decision would be frivolous and could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The above action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Dated: May 9, 2007

                                              *s/ Sara Lioi*
                                              Hon. Sara Lioi
                                              United States District Judge